**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6579**

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

DRAKO O. SULLIVAN,

               Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., Senior District Judge. (6:01-cr-00898-HMH-1)

Submitted:  July 26, 2012         Decided:  August 2, 2012

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Drako Olandis Sullivan, Appellant Pro Se.  Andrew Burke Moorman, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Drako O. Sullivan appeals the district court's oral orders denying his self-styled "Motion to Correct Procedural Default" under Fed. R. Crim. P. 32 and denying reconsideration of that order. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's orders. See United States v. Sullivan, No. 6:01-cr-00898-HMH-1 (D.S.C. Mar. 6, 2012 & Mar. 15, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED